The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE CARLOS CAMPS,<br>ROGER LEE HIDDLESTON,<br><br>Defendants. | NO. CR14-145RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The Court has considered the stipulated motion filed by the government and defendants JORGE CARLOS CAMPS and ROGER LEE HIDDLESTON, by and through their undersigned attorneys, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), requesting a continuance of the trial in this case.

THE COURT FINDS, for all of the reasons set forth in the motion, that continuing the trial in this case is necessary to allow defense counsel adequate time to investigate the case and to effectively prepare for trial and the filing of pre-trial motions.

THE COURT FURTHER FINDS, considering the complexity of this case due to the nature of the prosecution and the charges contained in the Superseding Indictment, that it would be unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself without a continuance of the trial and pre-trial motions dates. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

Order - 1

1 THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the parties' stipulated motion (Dkt. #24) is GRANTED.  The trial in this matter shall be continued from July 21, 2014 to November 17, 2014; and

IT IS FURTHER ORDERDD that the period of time from the date of this Order, up to and including the new trial date of November 17, 2014, shall be excludable time under 18 U.S.C. § 3161(h)(7)(A); and

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than October 2, 2014.

DATED this 16th day of June, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge