JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR14-145-RAJ |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DUE DATE |
| JORGE CARLOS CAMPS, ROGER LEE HIDDLESTON, | ) | |
| Defendants. | ) | |

Upon the stipulation of the parties to continue the pretrial motions due date in the above-captioned case, and for the reasons stated in the Stipulated Motion to Continue Pretrial Motions Due Date, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Continue Pretrial Motions Due Date (Dkt. #29) is GRANTED.  All pretrial motions, including motions in limine, shall be filed by October 16, 2014.

DATED this 26th day of September, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE PTM DUE DATE - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100